*E-Filed 8/9/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLESTER WILLIAMS, | No. C 10-1966 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| SIXTH DISTRICT COURT OF APPEAL, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254.  Petitioner was ordered to pay the filing fee of $5.00, or file a complete application to proceed *in forma pauperis* ("IFP"), by August 7, 2010, or, neither occurring, face dismissal of the action.  Petitioner has not paid the filing fee, nor has petitioner filed a complete IFP application.  Accordingly, the action is DISMISSED without prejudice to petitioner filing a complete IFP application, or paying the filing fee.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: August 9, 2010

RICHARD SEEBORG
United States District Judge